■ In the Matter of DEREK WILLIAMS, Petitioner, v NEW YORK STATE BOARD OF PAROLE et al., Respondents. [639 NYS2d 819]

This matter was not rendered moot merely because the maximum term of petitioner's sentence has expired (*Matter of Biondo v New York State Bd. of Parole*, 60 NY2d 832; *Matter of Justiano v New York State Bd. of Parole*, 189 AD2d 566). Contrary to petitioner's contention, there was substantial evidence, including the properly admitted hearsay testimony (*People ex rel. McGee v Walters*, 62 NY2d 317), adduced at the parole revocation hearing that the vehicle he was driving was stolen, that he knew it was stolen and that he lacked authorization to use it (*300 Gramatan Ave. Assocs. v State Div. of Human Rights*, 45 NY2d 176). We have considered petitioner's remaining contentions and find them to be without merit. Concur—Murphy, P. J., Rubin, Ross and Tom, JJ.